UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL DELGADO, | ) |
| | ) |
| Petitioner, | ) Case No. SACV 08-870 AHS (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| JOSEPH WOODRING, WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: July 6, 2011

ALICEMARIE H. STOTLER
_____
Alicemarie H. Stotler
United States District Judge