UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| **SAMUEL DELGADO,** | ) | |
| Petitioner, | ) | NO. SACV 08-870-AHS (AJW) |
| v. | ) | |
| | ) | JUDGMENT |
| **JOSEPH WOODRING, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction and as moot.

Dated: July 6, 2011

*ALICEMARIE H. STOTLER*
_____
Alicemarie H. Stotler
United States District Judge